## LOUISVILLE & NASHVILLE R. R. CO V. PALETZ.

(Decided May 12, 1910.)

APPEAL from Marengo Circuit Court.

Heard before Hon. JOHN T. LACKLAND.

A. D. PITTS and DANIEL PARTRIDGE, JR., for appellant. WILLIAM CUNNINGHAME, for appellee.

Per curiam. Affirmed for want of assignment of errors.

---

## MORRIS V. CHAMBERS.

(Decided June 7, 1910.)

APPEAL from Henry Circuit Court.

Heard before Hon. A. A. EVANS.

OATES & OATES, for appellant. P. A. McDANIEL and W. L. LEE, for appellee.

Per curiam. Bill of exceptions stricken and appeal dismissed for want of assignment of errors.

---

## OLIVER V. VEAZEY.

(Decided May 12, 1910.)

APPEAL from Elmore Circuit Court.

Heard before Hon. W. W. PEARSON.

FRANK W. LULL, for appellant. T. J. HILYER, for appellee.

SAYRE, J.—Affirmed on the authority of *State ex rel. Gibson*, 160 Ala. 131; 49 South. 237.

DOWDELL, C. J., SIMPSON and McCLELLAN, JJ., concur.